IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LIBBY,<br><br>                Defendant. | CV 24-36-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the Order of dismissal dated July 2, 2024, Doc. 8, judgment is entered in favor of Defendant.

    Dated this 2nd day of July, 2024.

                            TYLER P. GILMAN, CLERK

                            /s/ Tyler Gilman

