IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG, | CV 24–36–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF LIBBY, | |
| Defendant. | |

The Ninth Circuit Court of Appeals has referred this matter to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal would be frivolous or taken in bad faith.  (*See* Doc. 12.)  For the reasons discussed in the July 2, 2024 Order, (*see* Doc. 8), appeal of that Order would be frivolous or taken in bad faith.  *See* Fed. R. App. P. 24(a)(3)(A).  Accordingly,

IT IS ORDERED that Plaintiff's in forma pauperis status is revoked for the purposes of any appeal. The Clerk is directed send a copy of this Order to the Ninth Circuit Court of Appeals.

DATED this 31st day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court